## John R. CUDD v. STATE.
### No. 14819.

Court of Criminal Appeals of Texas.
Nov. 13, 1931.

Rehearing Denied Dec. 9, 1931.

T. O. Murray, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for a period of three years.

The record is before us without bills of exception or statement of facts. The indictment appears regular and regularly presented. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

### On Motion for Rehearing.

## LATTIMORE, J.

The indictment in this case was filed February 27, 1931. Motion for a continuance was made on May 6th on the ground that appellant had just employed an attorney. We do not think the order overruling the application for continuance was erroneous. Appellant entered his plea of guilty. There is no statement of facts. The indictment is not defective.

The motion for rehearing will be overruled.